UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LADON LEWIS,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *California Superior Court in the County of San Joaquin*,<br><br>Respondent. | No. 2:22-cv-01307 WBS DB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2023, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2023, are adopted in full;

1

1    2.  This action is dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

3    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  June 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE